# EXHIBIT 1

# EXHIBIT 1

**reviewjournal.com**



Powered by  Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

Sep. 15, 2010
Copyright © Las Vegas Review-Journal

## NORM: 'Real World' back in Las Vegas at Hard Rock

MTV's "The Real World" is returning to Las Vegas next month, eight years after helping define the Palms as the young hip rival of the Hard Rock Hotel.

This time it's the Hard Rock in the host role and hoping for a similar brand boost.

The Palms was the upstart on the block in early 2002 when owner George Maloof took a gamble on a reality show, a concept considered too risky by others.

He hit the marketing jackpot when the oversexed cast produced big ratings and a bonanza of buzz.

The cast of Season 25 of "Real World" is reportedly camping out in the Hard Rock's new tower until the end of the year.

BOOK BUSINESS

Prolific Las Vegas author Jack Sheehan has finished his biography on William "Bill" Bennett , the casino giant who built Circus Circus, Luxor and Excalibur and owned the Sahara when he died in 2003.

Sheehan assesses how Bennett came back from bankruptcy in Phoenix in the 1950s to rank among Forbes Magazine's 400 Wealthiest Americans by the 1980s.

Titled "Forgotten Man," the book goes on sale in November.

The key, said Sheehan, was how Bennett and partner Bill Pennington tapped into drawing the middle-America market to Las Vegas by offering affordable vacations.

Financier Michael Milken told Sheehan, "Bill Bennett was the Sam Walton of Las Vegas. He's clearly in the top five most important figures in the city's history."

The book is being published by Stephens Press, LLC, a sister company to the Review-Journal. ...

Look for former Durango High homecoming queen/ex-Power Ranger Cerina Vincent today on NBC's "Today" show with Kathie Lee and Hoda. Vincent, whose nude role in "Not Another Teen Movie" in 2001 put her on the hot list, is plugging her third book, "Live Like a Hot Chick." Her website is www.heydayproductions.com.

THE SCENE AND HEARD

Twenty-one cast members from "Love" (Mirage) appear on the finale of "America's Got Talent" 8 tonight on NBC (KSNV-TV, Channel 3) . They're giving a special performance. ...

"Dr. Phil" welcomes the showgirls of Donn Arden's "Jubilee!" on Friday's episode of his talk show in celebration of his 60th birthday.

SIGHTINGS

Joey Fatone of 'N Sync fame, taking in Human Nature (Imperial Palace) on Monday...
Adventurer Les Stroud, who stars in the reality show "Survivorman," dining with family and
friends Monday at Eiffel Tower Restaurant (Paris).

THE PUNCH LINE

"Lindsay Lohan is in talks to make her first post-jail/rehab appearance on 'Oprah.' I just hope
Oprah doesn't give her a car." -- Jimmy Kimmel

Norm Clarke can be reached at (702) 383-0244 or norm@reviewjournal.com. Find additional
sightings and more online at www.normclarke.com.

**Find this article at:**
http://www.lvrj.com/news/-real-world--back-in-lv-at-hard-rock-102938524.html

🖨 Click to Print

☐ Check the box to include the list of links referenced in the article.

SAVE THIS | EMAIL THIS | Close

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-01838-PMP-LRL   Document 1-1   Filed 10/20/10   Page 5 of 11



- Home

- Finance
- General
- Health
- Legal
- News
- Technical

# NORM: 'Real World' back in Las Vegas at Hard Rock – News – ReviewJournal.com

Posted by BrowserBoy on Sep 23, 2010 in News | 0 comments

The Palms was the upstart on the block in early 2002 when owner George Maloof took a gamble on a reality show, a concept considered too risky by others.

He hit the marketing jackpot when the oversexed cast produced big ratings and a bonanza of buzz.

The cast of Season 25 of "Real World" is reportedly camping out in the Hard Rock's new tower until the end of the year.

Prolific Las Vegas author Jack Sheehan has finished his biography on William "Bill" Bennett , the casino giant who built Circus Circus, Luxor and Excalibur and owned the Sahara when he died in 2003.

Sheehan assesses how Bennett came back from bankruptcy in Phoenix in the 1950s to rank among Forbes Magazine's 400 Wealthiest Americans by the 1980s.

Titled "Forgotten Man," the book goes on sale in November.

The key, said Sheehan, was how Bennett and partner Bill Pennington tapped into drawing the middle-America market to Las Vegas by offering affordable vacations.

Financier Michael Milken told Sheehan, "Bill Bennett was the Sam Walton of Las Vegas. He's clearly in the top five most important figures in the city's history."

The book is being published by Stephens Press, LLC, a sister company to the Review-Journal. …

Look for former Durango High homecoming queen/ex-Power Ranger Cerina Vincent today on NBC's "Today" show with Kathie Lee and Hoda. Vincent, whose nude role in "Not another Teen Movie" in 2001 put her on the hot list, is plugging her third book, "Live Like a Hot Chick." her website is heydayproductions.com.

Twenty-one cast members from "Love" (Mirage) appear on the finale of "America's got Talent" 8 tonight on

Case 2:10-cv-01838-PMP-LRL   Document 1-1   Filed 10/20/10   Page 6 of 11

NBC (KSNV-TV, Channel 3) . They're giving a special performance. …

"Dr. Phil" welcomes the showgirls of Donn Arden's "Jubilee!" on Friday's episode of his talk show in celebration of his 60th birthday.

Joey Fatone of 'N Sync fame, taking in Human Nature (Imperial Palace) on Monday… Adventurer Les Stroud, who stars in the reality show "Survivorman," dining with family and friends Monday at Eiffel Tower Restaurant (Paris).

"Lindsay Lohan is in talks to make her first post-jail/rehab appearance on 'Oprah.' I just hope Oprah doesn't give her a car." — Jimmy Kimmel

Norm Clarke can be reached at (702) 383-0244 or norm@reviewjournal.com. Find additional sightings and more online at normclarke.com.

## Random Posts

- Source Naturals Neptune Krill Oil
- Deadliest Catch
- LeBron James Will Never Conquer Miami Without Harold Miner
- How To Make A No Win No Fee Accident Claim
- Conference Calling Evolved

- Related Posts
- Bookmark
- Tags

## Random Posts

- Logan Mankins still waiting
- If you don't know how many student loans you have, it's time to face the music
- Do you think Adam Curry (ex-MTV DJ) looks like Rick Springfield?
- Rockbridge Weekly & Alleghany Journal Newsline
- Husted: Colorful Collins over the moon for "Rainbow" book

## Leave a Reply

You must be logged in to post a comment.

# Categories

- Finance
- General
- Health
- Legal
- News
- Technical

Case 2:10-cv-01838-PMP-LRL   Document 1-1    Filed 10/20/10   Page 7 of 11

# Tags

abdomen amp appearance asbestos asbestos exposure benefit breast augmentation breast implants breasts cancer cosmetic surgery debts decades doctors game google heart insurance job lawyer lawyers lenders liposuction loans long time love lung cancer lungs mdash mesothelioma money nbsp negligence parents paxil photos plastic surgeon plastic surgery quot risk rsquo stomach student loan student loan consolidation student loans

# Archives

- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010

© Copyright BrowseBlog 2008. All rights reserved. | Powered by Wordpress | Designed by Elegant Themes

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Real World' back in Las Vegas

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 15, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:**  Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

Name:  Steven A. Gibson

Date:  October 20, 2010

Applicant's Tracking Number:  0002122

**Registration #:**

**Service Request #:**   1-505796702

**Application Date:**   10-20-2010 14:49:27

# Correspondent ────────────────────────────────────

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate ────────────────────────────────────

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States