J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven LLC*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BROWSEBLOG, an entity of unknown origin and nature; and NICOLE HOCIUNG, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01838-PMP-LRL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Wednesday October 20, 2010 for copyright infringement against BrowseBlog ("BrowseBlog") and Nicole Hociung ("Ms. Hociung"). Righthaven, BrowseBlog and Ms. Hociung have agreed to settle the matter by a written agreement.

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this sixteenth day of November, 2010.

                                        RIGHTHAVEN LLC

                                        By: /s/ J. Charles Coons
                                        J. CHARLES COONS, ESQ.
                                        Nevada Bar No. 10553
                                        JOSEPH C. CHU, ESQ.
                                        Nevada Bar No. 11082
                                        RIGHTHAVEN LLC
                                        9960 West Cheyenne Avenue, Suite 210
                                        Las Vegas, Nevada 89129-7701

                                        *Attorneys for Plaintiff*


                                        IT IS SO ORDERED.

                                        _____
                                        PHILIP M. PRO, U.S. DISTRICT JUDGE

                                        Dated:  November 17, 2010.